# Court of Appeals
# of the State of Georgia

ATLANTA, May 18, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0376. IFE CHATMAN HENRY v. THE STATE.**

Ife Chatman Henry pled guilty to identity fraud, and we affirmed her conviction on appeal in an unpublished opinion. See *Chatman v. State*, Case No. A14A1166, decided September 22, 2014. She later filed a motion for credit for time served, which the trial court denied by order entered November 26, 2014. Henry filed a motion for reconsideration, which the court likewise denied. On March 9, 2015, Henry filed an application for discretionary appeal in the Supreme Court, which transferred the matter here.

A discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Henry submitted her application 103 days after entry of the order denying her motion for credit for time served. Although she filed a motion for reconsideration, such motion does not extend the time for filing a discretionary application. See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (441 SE2d 452) (1994). And the denial of a motion for reconsideration is not itself an appealable judgment. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Accordingly, this application is DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/18/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*